RECEIVED
IN MONROE, LA
SEP 8 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| GLENDA NELL RASH | CIVIL ACTION NO. 07-0155 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JIM NEWSOM TRUCKING, ET AL. | MAG. JUDGE MARK L. HORNSBY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 68], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Glenda Nell Rash's Motion to Review Clerk's Taxation of Costs [Doc. No. 64] is GRANTED, the Clerk's Taxation of Costs [Doc. No. 63] is SET ASIDE, and the Application to Tax Costs [Doc. No. 51] filed by Defendants Jim Newsom Trucking, Inc., Fred T. Harber, and Canal Insurance Company is DENIED.

MONROE, LOUISIANA, this 8 day of September, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE